| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Barbour, Jr., William H | 2. Court or Organization<br>U. S. District Court | 3. Date of Report<br>5/15/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>District Judge | 5. ReportType (check appropriate type)<br>○ Nomination, Date<br>○ Initial ● Annual ○ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>245 E. Capitol St., Suite 430<br>Jackson, MS 39201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE MAY 18 10 50 AM '05 RECEIVED

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barbour, Jr., William H | 5/15/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barbour, Jr., William H | 5/15/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. OWNED BY WILLIAM H. BARBOUR, JR. | | | | | | | | | |
| 2. STOCKS, BONDS AND BANK ACCOUNTS | | | | | | | | | |
| 3. Yazoo Northwest (common) | A | Dividend | J | U | | | | | |
| 4. AmSouth (common) | F | Dividend | P1 | T | | | | | |
| 5. Mobil Oil (common) | A | Dividend | J | T | | | | | |
| 6. Belmont Lodge (common) | | None | K | W | | | | | |
| 7. Citibank Deposit Program-formerly SB Money Funds | A | Dividend | K | T | | | | | |
| 8. Countrywide Home - Bonds | B | Interest | | | Sell All | 06/14 | K | A | |
| 9. Miss. Cap. Imp. - Bonds | B | Interest | L | T | | | | | |
| 10. Capital World Growth and Income Fund | A | Dividend | K | T | | | | | |
| 11. Europacific Growth Fund | A | Dividend | K | T | | | | | |
| 12. Income Fund of America | B | Dividend | K | T | | | | | |
| 13. New Perspective Fund | A | Dividend | K | T | | | | | |
| 14. Compass Capital III - Preferred Stock | B | Dividend | K | T | | | | | |
| 15. Miss. LSE Rev. - Bonds | A | Interest | K | T | | | | | |
| 16. Miss. Dev. BK - Bonds | B | Interest | L | T | | | | | |
| 17. Miss. Cap. Imp. - Bonds | B | Interest | L | T | | | | | |
| 18. REAL ESTATE (Items 19-23) | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amount<br>Code 1<br>(A-H) | (2)<br><br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br><br>Value<br>Code 2<br>(J-P) | (2)<br><br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br><br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19.  Land #1, Yazoo County, MS | | None | L | W | | | | | |
| 20.  Land #2, Yazoo City, MS - 1/2 interest | | None | K | W | | | | | |
| 21.  Land #2, Yazoo City, MS  remaining 1/2 interest | | None | K | W | Buy | 03/16 | J | | Hilary White Heirs |
| 22.  Residential Subdivision #1 (See expl. Section VIII) | | None | N | W | | | | | (See note) |
| 23.  Subdiv██ Lots██ ██less Lots██████████ | | | | | | | | | (See Note) |
| 24.  INDIVIDUAL RETIREMENT ACCOUNTS  (Items 24-60) | | | | | | | | | |
| 25.  IRA Rollover Acct-Brokerage Account #1 | | | | | | | | | |
| 26.  BellSouth (common) | A | Dividend | K | T | | | | | |
| 27.  AmSouth (common) | D | Dividend | N | T | | | | | |
| 28.  Irvine Sensors (common) | | None | J | T | | | | | |
| 29.  Goldman Sachs Capital Fund | A | Dividend | K | T | | | | | |
| 30.  AmSouth Small Cap Fund | A | Dividend | K | T | | | | | |
| 31.  Citibank Deposit Program | A | Interest | K | T | | | | | |
| 32.  Seligman New Tech Fund | A | Dividend | J | T | | | | | |
| 33.  Bank of America (common) | A | Dividend | K | T | | | | | See Note |
| 34.  Johnson & Johnson (common) | A | Dividend | J | T | | | | | See Note |
| 35.  Microsoft (common) | A | Dividend | J | T | | | | | See Note |
| 36.  IRA Managed Rollover-Brokerage Account #2 | | | | | | | | | (See note) |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Dreyfus Liq.Assets | A | Interest | J | T | | | | | |
| 38. AOL Time Warner (was America On Line) (common) | A | Dividend | K | T | | | | | |
| 39. Genentech, Inc. (common) | A | Dividend | K | T | | | | | |
| 40. Amer International Group Inc. (common) | A | Dividend | K | T | | | | | |
| 41. Amgen Inc. (common) | A | Dividend | K | T | | | | | |
| 42. Coca-Cola (common) | A | Dividend | K | T | | | | | |
| 43. Walt Disney Holding Co. (common) | A | Dividend | K | T | | | | | |
| 44. Gillette Co. (common) | A | Dividend | K | T | | | | | |
| 45. Home Depot Inc. (common) | A | Dividend | K | T | | | | | |
| 46. Intel Corp. (common) | A | Dividend | K | T | | | | | |
| 47. Johnson & Johnson (common) | A | Dividend | K | T | | | | | |
| 48. Merck & Co. Inc. (common) | A | Dividend | | | Sell all | 11/02 | J | A | |
| 49. Microsoft Corp. (common) | A | Dividend | J | T | | | | | |
| 50. Pepsico Inc. (common) | A | Dividend | K | T | | | | | |
| 51. Texas Instruments Inc. (common) | A | Dividend | K | T | | | | | |
| 52. Wm Wrigley Jr. Co. (common) | A | Dividend | K | T | | | | | |
| 53. Wells Fargo & Co. New (common) | A | Dividend | J | T | | | | | |
| 54. Cisco Systems (common) | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Barbour, Jr., William H | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Berkshire Hathaway (common) | A | Dividend | K | T | | | | | |
| 56. Dell, Inc. (common) | A | Dividend | K | T | Bought more | 12/08 | J | | |
| 57. IAC Interactive Corp (common) | A | Dividend | J | T | | | | | |
| 58. Merrill Lynch & Co., Inc. (common) | A | Dividend | K | T | Bought more | 09/15 | J | | |
| 59. Biogen Idec, Inc. (common) | A | Dividend | K | T | Buy | 01/07 | J | | |
| 60. | | | | | Buy | 01/08 | J | | |
| 61. OIL AND GAS INTERESTS | | | | | | | | | (See Note) |
| 62. #1-Marathon Oil Co. & Citgo, Claiborne Parish, LA | A | Royalt | J | W | | | | | |
| 63. #2-Sohio Pet Co., Franklin Parish, LA | A | Royalt | J | W | | | | | |
| 64. #3-Marathon Oil Co., Claiborne Parish, LA | A | Royalt | J | W | | | | | |
| 65. #4-Placid Oil Co., Warren County, MS | B | Royalt | J | W | | | | | |
| 66. #5-Shell Oil Co., Rankin County, MS | B | Royalt | J | W | | | | | |
| 67. #6-US Trading Co., Madison Parish & Richland Parish, LA | A | Royalt | J | W | | | | | |
| 68. #7-McGowan Working Partners, Yazoo County, MS | A | Royalt | J | W | | | | | |
| 69. #8-Pennzenergy (was Pennzoil Exp & Prod Co., Yazoo Co., MS | B | Royalt | J | W | | | | | |
| 70. #9-TXP Op Co., Yazoo County, MS | A | Royalt | J | W | | | | | |
| 71. #10-Shell Western E&P, Lincoln County, MS | A | Royalt | J | W | | | | | |
| 72. #11-Pennzoil Exp & Prod Co, Yazoo County, MS | | None | J | W | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001-$2,500 | C =$2,501-$5,000 | D =$5,001-$15,000 | E =$15,001-$50,000 | |
| | F =$50,001-$100,000 | G =$100,001-$1,000,000 | H1 =$1,000,001-$5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001-$50,000 | L =$50,001-$100,000 | M =$100,001-$250,000 | | |
| | N =$250,000-$500,000 | O =$500,001-$1,000,000 | P1 =$1,000,001-$5,000,000 | P2 =$5,000,001-$25,000,000 | | |
| | P3 =$25,000,001-$50,000,000 | | P4 =$More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash/Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. #12-Petro-Hunt Bovina Field, Warren Co., MS | | None | J | W | | | | | |
| 74. #13-Jefcoat, Yazoo Co., MS | | None | J | W | | | | | |
| 75. #14-Bruxoil, Clay Co., MS | A | Royalty | J | W | | | | | |
| 76. #15-Chevron USA, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 77. #16-Coho Resources, Jasper Co., MS | A | Royalty | J | W | | | | | |
| 78. #17-Denbury Resources, Jasper, Clark, Lincoln & Pike Co., MS | A | Royalty | J | W | | | | | |
| 79. #18-D&S Oil & Gas, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 80. #19-Devon Energy(Pennzenergy), Yazoo Co,MS,Bossier Parish, L | A | Royalty | J | W | | | | | |
| 81. #20-EOTT Energy, Jasper & Smith Co., MS | A | Royalty | J | W | | | | | |
| 82. #21-Ergon, Madison & Yazoo Co., MS | A | Royalty | J | W | | | | | |
| 83. #22-Fina Oil, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 84. #23-Hassie Hunt Exploration, Yazoo Co., MS | A | Royalty | J | W | | | | | |
| 85. #24-J.P. Oil, Lincoln & Pike Co., MS | A | Royalty | J | W | | | | | |
| 86. #25-McGowan Working Partners, Yazoo Co., MS | A | Royalty | J | W | | | | | |
| 87. #26-Marathon Oil, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 88. #27-Shell Oil Co., Pike Co., MS | A | Royalty | J | W | | | | | |
| 89. #28-Spooner Petroleum, Jasper Co., MS | A | Royalty | J | W | | | | | |
| 90. #29-St. Mary Land & Exploration, Claiborne Parish, LA | B | Royalty | K | W | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. #30-Pennzenergy, Yazoo Co., MS | C | Royalty | K | W | | | | | |
| 92. OWNED BY ▓▓▓▓▓▓▓ (Items 92-109) | | | | | | | | | |
| 93. Daimler Chrysler (common) | A | Dividend | J | T | | | | | |
| 94. Goodyear (common) | A | Dividend | J | T | | | | | |
| 95. Georgia Pacific (common) | A | Dividend | K | T | | | | | |
| 96. Louisiana Pacific (common) | A | Dividend | J | T | | | | | |
| 97. Regions Financial Corp (was Union Planters Bank( (common) | C | Dividend | M | T | | | | | |
| 98. Trustmark (common) | A | Dividend | K | T | Partial sale | 11/04 | J | A | |
| 99. 1st Trust Bond Fund | A | Interest | | | Sell All | 03/31 | J | A | |
| 100. General Motors (common) | A | Dividend | J | T | | | | | |
| 101. Delphi Corp (common) | A | Dividend | J | T | | | | | |
| 102. Electronic Data Systems (common) | A | Dividend | J | T | | | | | |
| 103. AmSouth IRA Cash Equivalent | A | Interest | J | T | | | | | |
| 104. Mineral Interests | | | | | | | | | |
| 105. #1-Hughes-Parker Drilling, Yazoo Co., MS | A | Royalty | J | W | | | | | |
| 106. #2- Mineral Interest, Choctaw Co., MS | A | Royalty | J | W | | | | | |
| 107. #3-Mineral Interest, Grenada Co., MS | A | Royalty | J | W | | | | | |
| 108. #4-Mineral Interest, Grenada Co., MS | A | Royalty | J | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 109. #5-Mineral Interest, Various Counties, MS | A | Royalty | J | W | | | | | |
| 110. INCOME BENEFICIARY TRUST# 1 (items 111-134) | | | | | | | | | (See note) |
| 111. Stocks and Mutual Funds | | | | | | | | | |
| 112. AmSouth (common) | B | Dividend | L | T | | | | | |
| 113. General Motors (common) | A | Dividend | J | T | | | | | |
| 114. Georgia Pacific (common) | A | Dividend | K | T | | | | | |
| 115. Plum Creek Timber Co. (common) | A | Dividend | K | T | | | | | |
| 116. La. Pacific (common) | A | Dividend | J | T | | | | | |
| 117. Shering-Plough (common) | A | Dividend | L | T | | | | | |
| 118. Chevron Texaco Corp. (common) | B | Dividend | K | T | | | | | |
| 119. Merck & Co. (common) | A | Dividend | J | T | | | | | |
| 120. Coca Cola Co. Delaware (common) | A | Dividend | J | T | | | | | |
| 121. Motorola, Inc. (common) | A | Dividend | J | T | | | | | |
| 122. Sprint Corp.(common) | A | Dividend | J | T | | | | | |
| 123. Sprint Corp. (Series 1) - Stock | A | Dividend | J | T | | | | | |
| 124. Jennison Utility Fund (7/9/03 name change from Prudential)) | A | Dividend | K | T | | | | | |
| 125. Alltel Corp. (common) | A | Dividend | J | T | | | | | |
| 126. General Electric (common) | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127.  Delphi Auto Systems (common) | A | Dividend | J | T | | | | | |
| 128.  Medco Health Solutions, Inc. (Merck Spin off 8/03) (common) | A | Dividend | J | T | | | | | |
| 129.  FreeScale Semiconductor (common) | A | Dividend | J | T | Spin off | 12/03 | J | | |
| 130.  Mineral Interests | | | | | | | | | |
| 131.  Mineral Interest #1, Choctaw Co., MS | A | Royalty | J | W | | | | | |
| 132.  Mineral Interest #2, Grenada Co., MS | A | Royalty | J | W | | | | | |
| 133.  Mineral Interest #3, Grenada Co., MS | A | Royalty | J | W | | | | | |
| 134.  Mineral Interest #4, Various Counties, MS | A | Royalty | J | W | | | | | |
| 135.  TRUSTEE OF TRUST #2 | | | | | | | | | (See note) |
| 136. | | | | | | | | | |
| 137. | | | | | | | | | |

1. Income/Gain Codes:     A  = $1,000 or less     B  = $1,001-$2,500     C  = $2,501-$5,000     D  = $5,001-$15,000     E  = $15,001-$50,000
   (See Columns B1 and D4)     F  = $50,001-$100,000     G  = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J  = $15,000 or less     K  = $15,001-$50,000     L  = $50,001-$100,000     M  = $100,001-$250,000
   (See Columns C1 and D3)     N  = $250,000-$500,000     O  = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q  = Appraisal     R  = Cost (Real Estate Only)     S  = Assessment     T  = Cash/Market
   (See Column C2)     U  = Book Value     V  = Other     W  = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barbour, Jr., William H | 5/15/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

VII.

Lines 22 & 23 show the unsold lots in my Residential Subdivision at the end of the reporting period with an estimated value for those unsold lots on Line 21. There will be no income produced by the remaining lots in inventory unless and until they are sold.

Lines 33 through 35 were purchased in 2003 in my individual retirement account at a brokerage firm. These purchases should have been reported on my 2003 report. I have amended my 2003 report by separate letter.

Line 36 through 60 - This is a second IRA rollover account held at a brokerage house. It was opened after the partial sale of 1st American stock that was made in the first IRA rollover account. I have a money manager who invests this account, thus, it is designated "IRA Managed Rollover".

Lines 61 through 91 - As I have noted for several years, I may own oil and gas interests which I inherited or obtained otherwise and of which I have no records. All income-producing interests have been included in my reports. As leasing activity occurs, I add them to my report.

Line 110 - A ▇▇▇▇▇▇▇ is the trustee and beneficiary of Trust #1. The Mineral Interests listed at lines 131 through 134 are other fractional mineral interests under the same tracts that are listed under ▇▇ assets not owned in trust.

Line 134 - A ▇▇▇▇▇▇ is trustee of Trust #2. This trust has been included in my reports in prior years because another ▇▇▇▇▇▇▇ was a beneficiary of the trust. In 2002, a final distribution was made to the trust beneficiary from the trust and therefore the trust assets are not included in my 2004 report.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Barbour, Jr., William H | Date of Report<br><br>5/15/2005 |
| --- | --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature     Date 5/13/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT-OF-MISSISSIPPI**

**245 EAST CAPITOL STREET**

**SUITE 430**

**JACKSON, MISSISSIPPI 39201**

**WILLIAM H. BARBOUR, JR.**

**JUDGE**

TELEPHONE:

(601) 965-4545

May 13, 2005

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

    Re:  Amendment to 2003 Financial Disclosure Report

Gentlemen:

    By this letter I amend my 2003 Financial Disclosure Report to include the following:

    Three common stocks purchased in my brokerage Individual Retirement Account during 2003 were not reported on my 2003 Financial Disclosure Report:

        Bank of America Corp., bought 11/25/03, valuation code K.

        Johnson & Johnson, bought 10/31/03, valuation code J.

        Microsoft Corporation, bought 11/25/03, Valuation code J.

        Yours very truly,

        William H. Barbour, Jr.

WHB/mh